**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Millard CHAVERS, Defendant–Appellant.**

**No. 11–12499 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Feb. 29, 2012.

Wifredo A. Ferrer, U.S. Attorney, Anne R. Schultz, U.S. Attorney's Office, Miami, FL, Janice Le Clainche, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

David Jonathon Joffe, Joffe & Joffe, PA, Fort Lauderdale, FL, for Defendant–Appellant.

Before CARNES, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

David Joffe, appointed counsel for Millard Chavers in this direct criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examina-

tion of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Chavers's revised total sentence is **AFFIRMED.**